# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HALL,<br><br>　　　　　　Petitioner,<br>　　v.<br>SUPERIOR COURT,<br>　　　　　　Respondent.<br>_____ | Case No. ED CV 13-01370 VBF (MRW)<br><br>JUDGMENT |

Pursuant to this Court's Order issued this same day, this action is dismissed without prejudice.

DATE:　　November 22, 2013

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE